IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 1:19-CR-33-001 (LAG) |
| ANTHONY PARKS JR. | |

**ORDER ON SUCCESSIVE OR AMENDED MOTION FOR REDUCTION IN SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A) – COMPASSIONATE RELEASE**

After careful and complete review of the additional information submitted by the defendant; the applicable factors set forth in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission to the extent they are relevant to whether a reduction is warranted (and, if so, the amount of the reduction),

This Court has carefully considered the motion and finds the additional information provided in the defendant's motion meets the criteria for compassionate release as outlined in USSG § 1B1.13. Specifically, consideration of Amendment 821 has no effect on the defendant's criminal history category of III, as calculated when he was originally sentenced in this case. Furthermore, he does not meet the criteria for an adjustment pursuant to USSG §4C1.1 based on the circumstances of his offense of conviction. None of the reasons provided in the defendant's motion meets the criteria for compassionate release as outlined in USSG § 1B1.13.

Based on the above, the Court **DENIES** the defendant's motion.

Regarding the defendant's request for appointment of counsel, there is no constitutional or statutory right to appointed counsel for a motion to modify a term of imprisonment under 18 U.S.C. § 3582(c). *See United States v. Webb*, 565 F.3d 789, 795 (11th Cir. 2009) (specifically addressing motions under § 3582(c)(2)). Courts retain discretion, however, to appoint counsel in "instances in which equitable concerns would make appointment of counsel appropriate to ensure a just outcome." *Id.*, at 795, n. 4. Here, the factual and legal issues related to the defendant's compassionate release motion are straightforward and do not present the sort of complexity that would require assistance of counsel. As such, the defendant's request for appointment of counsel is also **DENIED**.

So ordered this 5th day of August, 2025



LESLIE ABRAMS GARDNER
U.S. DISTRICT JUDGE